## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| **In re:** | **Case No.: 21-21053-JRS** |
| **EXTRUSION GROUP, LLC,** *et al.*,[1] | **Chapter 11** |
| **Debtors.** | **(Jointly Administered)** |
| **KIMBERLY-CLARK CORPORATION AND KIMBERLY-CLARK GLOBAL SALES, LLC**<br><br>    Movants<br><br>v.<br><br>**EXTRUSION GROUP, LLC,** *et al.*,<br><br>    Respondent | **ADVERSARY PROCEEDING NO. 21-02038** |

## **CERTIFICATE OF SERVICE**

This is to certify that on or about October 29, 2021, I served Extrusion Group, LLC, EG Global, LLC, Extrusion Group Services, LLC, EG Ventures, LLC, Aero Nonwovens, LLC, Aero World Wide, LLC, Michael Houston, and Michael Cook with the following: (i) **Kimberly-Clark's First Set of Requests for Production of Documents and Things to Debtors and Debtors in Possession**; (ii) **Notice of Deposition of Representative of Debtors and Debtors in Possession**; (iii) **Kimberly-Clark's Notice of Subpoena to Produce Documents and Things Directed to Aero Nonwovens**; (iv) **Notice of Subpoena of Deposition of Representative of Aero Nonwovens**; (v) **Notice of Subpoena of Deposition of Michael Cook**; and (vi) **Notice of Subpoena of Deposition of Michael Houston** by serving the following at their associated email addresses:

Benjamin Keck
bkeck@rlklawfirm.com
(*Debtors' counsel*)

William Rountree

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Extrusion Group, LLC (9996), EG Global, LLC (0194), Extrusion Group Services, LLC (2698), and EG Ventures, LLC (N/A).

121061369v2

wrountree@rlklawfirm.com
(*Debtors' counsel*)

Michael Cook
mcook@extrusiongroup.com
(*individually*)

Michael Houston
mhouston@extrusiongroup.com
(*individually*, and as representative of both *Aero Nonwovens, LLC and Aero World Wide, LLC*)

*/s/ Harris B. Winsberg*
Harris B. Winsberg
Ga. Bar No. 770892

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
600 Peachtree St NE
Suite 3000
Atlanta, GA 30308

121061369v2