## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| In Re: | CASE NO. 21-21053-JRS |
| **EXTRUSION GROUP, LLC, *et al.*,**[1] | CHAPTER 11 |
| Debtors. | Jointly Administered |
| **EXTRUSION GROUP, LLC; EXTRUSION GROUP SERVICES, LLC; EG GLOBAL, LLC; EG VENTURES, LLC; MICHEAL HOUSTON; and MICHAEL COOK,** | |
| Plaintiffs, | |
| v. | **ADVERSARY PROCEEDING NO. 21-02038** |
| **KIMBERLY-CLARK CORPORATION; and KIMBERLY-CLARK GLOBAL SALES, LLC,** | |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

This is to certify that on or about November 12, 2021, I served Kimberly-Clark Corporation and Kimberly-Clark Global Sales, LLC with **Debtors' First Request for Production of Documents and First Request for Admissions to Kimberly-Clark Corporation & Kimberly-Clark Global Sales, LLC** by serving the following at their associated email addresses:

James A. Lamberth
james.lamberth@troutman.com

Harris B. Winsberg
harris.winsberg@troutman.com

Nathaniel T. DeLoatch
nathan.deloatch@troutman.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Extrusion Group, LLC (9996), EG Global, LLC (0194), Extrusion Group Services, LLC (2698), and EG Ventures, LLC (N/A).

1

Jeffrey C. Krause
jkrause@gibsondunn.com

Michael Neumeister
mneumeister@gibsondunn.com

John G. Conte
jconte@gibsondunn.com

                                                 *Alexandra M. Dishun*_____
                                                 Alexandra M. Dishun
                                                 Ga. Bar No. 184502
                                                 *One of the Attorneys for Debtors*