**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| **In re:**<br>**EXTRUSION GROUP, LLC**, *et al.*,[1]<br>**Debtors.** | **Case No.: 21-21053-JRS**<br>**Chapter 11**<br>**(Jointly Administered)** |
| **EXTRUSION GROUP, LLC;**<br>**EXTRUSION GROUP SERVICES, LLC;**<br>**EG GLOBAL, LLC; EG VENTURES,**<br>**LLC; MICHEAL HOUSTON; and**<br>**MICHAEL COOK,**<br><br>       **Plaintiffs,**<br><br>**v.**<br><br>**KIMBERLY-CLARK CORPORATION;**<br>**and KIMBERLY-CLARK GLOBAL**<br>**SALES, LLC,**<br><br>**Defendants.** | **ADVERSARY PROCEEDING**<br>**NO. 21-02038**<br><br>**Notice of Issuance of Subpoenas** |

**PLEASE TAKE NOTICE** that on or about December 8, 2021, pursuant to Fed. R. Civ. P. 45, made applicable to this proceeding by Fed. R. Bankr. P. 9016, counsel for Kimberly-Clark Corporation and Kimberly-Clark Global Sales, LLC (collectively, "**Kimberly-Clark**") caused: (i) Notice of Subpoena of Deposition of Representative of Aero Nonwovens; (ii) Notice of Subpoena of Deposition of Michael Cook; (iii) Notice of Subpoena of Deposition of Michael Houston; and (iv) Notice of Deposition of Representative of Debtors and Debtors in Possession, to be issued for service upon Aero Nonwovens, Michael Cook, Michael Houston, and Debtors, as applicable.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Extrusion Group, LLC (9996), EG Global, LLC (0194), Extrusion Group Services, LLC (2698), and EG Ventures, LLC (N/A).

*/s/ Harris B. Winsberg*
Harris B. Winsberg
Ga. Bar No. 770892

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
600 Peachtree St NE
Suite 3000
Atlanta, GA 30308

121066608v1