IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| In re: | Case No.: 21-21053-JRS |
| EXTRUSION GROUP, LLC, *et al*.,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |
| EXTRUSION GROUP, LLC; EXTRUSION GROUP SERVICES, LLC; EG GLOBAL, LLC; EG VENTURES, LLC; MICHEAL HOUSTON; and MICHAEL COOK, | Adversary Proceeding No. 21-02038-JRS |
| Plaintiffs, | |
| v. | |
| KIMBERLY-CLARK CORPORATION; and KIMBERLY-CLARK GLOBAL SALES, LLC, | |
| Defendants. | |

**JOINT STIPULATION AND PROPOSED ORDER
TO EXTEND TIME TO RESPOND TO THE ADVERSARY COMPLAINT**

**WHEREAS**, on October 5, 2021, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of the Bankrupty Code in the United States Bankruptcy Court for the Northern District of Georgia, Gainesville District (the "**Court**");

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Extrusion Group, LLC (9996), EG Global, LLC (0194), Extrusion Group Services, LLC (2698), and EG Ventures, LLC (N/A).

**WHEREAS**, on October 11, 2021, the Debtors, Micheal Houston, and Michael Cook (collectively, "**Plaintiffs**") commenced the above-captioned adversary proceeding against Kimberly-Clark Corporation and Kimberly-Clark Global Sales, LLC (collectively, "**Defendants**") by filing the *Adversary Complaint* [Adv. Dkt. No. 1] (the "**Complaint**");

**WHEREAS**, pursuant to the Court's *Order Granting Motion for Temporary Restraining Order and Preliminary Injunction Enjoining Certain Litigation* [Adv. Dkt. No. 33] (the "**TRO Order**"), except as otherwise set forth in the TRO Order, the Court stayed the "District Court litigation" as to Michael Cook and Micheal Houston through and including March 15, 2022;

**WHEREAS**, pursuant to this Court's order dated November 23, 2021 [Adv. Dkt. No. 16], Defendants' deadline to respond to the Complaint is January 28, 2022, which may be extended with leave of the Court;

**WHEREAS**, Plaintiffs and Defendants have conferred and wish to extend Defendants' deadline to respond to the Complaint.

**IT IS HEREBY STIPULATED** and agreed by and between Plaintiffs and Defendants that Defendants' time to answer, move, or otherwise respond to the Complaint, shall be extended through and including March 22, 2022.

Stipulated this day of January 27, 2022.

| *Attorneys for Debtors* | *Attorneys for Defendants* |
|---|---|
| <u>/s/ Benjamin R. Keck</u> | <u>/s/ Gary W. Marsh</u> |
| William A. Rountree Ga Bar No. 616503 | James A. Lamberth (Ga. Bar No. 431851) |
| Benjamin R. Keck, Ga. Bar No. 943504 | Gary W. Marsh (Ga. Bar. No. 471290) |
| Taner N. Thurman, Ga. Bar No. 835238 Caitlyn Powers, Ga. Bar No. 856354 | Nathaniel T. DeLoatch (Ga. Bar No. 216330) |
| ROUNTREE LEITMAN & KLEIN, LLC | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| Century Plaza I | 600 Peachtree Street, NE Suite 3000 |
| 2987 Clairmont Road, Suite 350 | Atlanta, GA 30308 |
| Atlanta, Georgia 30329 | james.lamberth@troutman.com |
| wrountree@rlklawfirm.com | gary.marsh@troutman.com |
| bkeck@rlklawfirm.com | nathan.deloatch@troutman.com |
| tthurman@rlklawfirm.com | |
| cpowers@rlklawfirm.com | and |
| | Jeffrey C. Krause (admitted pro hac) |
| | Michael Neumeister (admitted pro hac) |
| <u>/s/ Micheal Houston</u> | GIBSON, DUNN & CRUTCHER LLP |
| Micheal Houston | 333 South Grand Avenue |
| | Los Angeles, CA 90071 |
| | jkrause@gibsondunn.com |
| <u>/s/ Michael Cook</u> | mneumeister@gibsondunn.com |
| Michael Cook | |

# Exhibit A

# Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>EXTRUSION GROUP, LLC, *et al.*,[1]<br><br>Debtors. | Case No.: 21-21053-JRS<br><br>Chapter 11<br><br>(Jointly Administered) |
| EXTRUSION GROUP, LLC;<br>EXTRUSION GROUP SERVICES, LLC;<br>EG GLOBAL, LLC; EG VENTURES,<br>LLC; MICHEAL HOUSTON; and<br>MICHAEL COOK,<br><br>    Plaintiffs,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION;<br>and KIMBERLY-CLARK GLOBAL<br>SALES, LLC,<br><br>    Defendants. | Adversary Proceeding No. 21-02038-JRS |

**ORDER EXTENDING TIME TO RESPOND TO THE ADVERSARY COMPLAINT**

The Court, having reviewed the *Joint Stipulation and Proposed Order to Extend Time to Respond to the Adversary Complaint* (the "**Stipulation**")[2] and sufficient cause appearing therefore,

HEREBY MAKES THE FOLLOWING ORDER:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Extrusion Group, LLC (9996), EG Global, LLC (0194), Extrusion Group Services, LLC (2698), and EG Ventures, LLC (N/A).

[2] Capitalized terms not otherwise defined herein shall have the meanings afforded to them in the Stipulation.

1. The deadline for Defendants to answer, move, or otherwise respond to the Complaint is hereby extended through and including March 22, 2022.

2. This Order is without prejudice to further extensions of Defendants' deadline to answer, move, or otherwise respond to the Complaint either with the agreement of Plaintiffs or with leave of Court.

3. This Court shall retain exclusive jurisdiction with respect to the implementation or interpretation of the Stipulation or this Order.

It is SO ORDERED.