**IT IS ORDERED as set forth below:**



**Date: February 1, 2022**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | |
|---|---|
| In re: | Case No.: 21-21053-JRS |
| EXTRUSION GROUP, LLC, *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |
| EXTRUSION GROUP, LLC;<br>EXTRUSION GROUP SERVICES, LLC;<br>EG GLOBAL, LLC; EG VENTURES,<br>LLC; MICHEAL HOUSTON; and<br>MICHAEL COOK, | Adversary Proceeding No. 21-02038-JRS |
| Plaintiffs, | |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Extrusion Group, LLC (9996), EG Global, LLC (0194), Extrusion Group Services, LLC (2698), and EG Ventures, LLC (N/A).

1

v.

KIMBERLY-CLARK CORPORATION;
and KIMBERLY-CLARK GLOBAL
SALES, LLC,

      Defendants.

## ORDER EXTENDING TIME TO RESPOND TO THE ADVERSARY COMPLAINT

The Court, having reviewed the *Joint Stipulation and Proposed Order to Extend Time to Respond to the Adversary Complaint* (the "**Stipulation**")[2] and sufficient cause appearing therefore, HEREBY MAKES THE FOLLOWING ORDER:

1. The deadline for Defendants to answer, move, or otherwise respond to the Complaint is hereby extended through and including March 22, 2022.

2. This Order is without prejudice to further extensions of Defendants' deadline to answer, move, or otherwise respond to the Complaint either with the agreement of Plaintiffs or with leave of Court.

3. This Court shall retain exclusive jurisdiction with respect to the implementation or interpretation of the Stipulation or this Order.

It is SO ORDERED.

END OF DOCUMENT

---

[2] Capitalized terms not otherwise defined herein shall have the meanings afforded to them in the Stipulation.

Order Proposed By:	Order Consented To By:

| *Attorneys for Defendants* | *Attorneys for Debtors* |
|---|---|
| */s/ Gary W. Marsh* <br> James A. Lamberth (Ga. Bar No. 431851) <br> Gary W. Marsh (Ga. Bar. No. 471290) <br> Nathaniel T. DeLoatch (Ga. Bar No. 216330) <br> TROUTMAN PEPPER HAMILTON SANDERS LLP 600 Peachtree Street, NE Suite 3000 <br> Atlanta, GA 30308 <br> james.lamberth@troutman.com <br> gary.marsh@troutman.com <br> nathan.deloatch@troutman.com <br><br> and <br><br> Jeffrey C. Krause (admitted pro hac) <br> Michael Neumeister (admitted pro hac) <br> GIBSON, DUNN & CRUTCHER LLP <br> 333 South Grand Avenue <br> Los Angeles, CA 90071 <br> jkrause@gibsondunn.com <br> mneumeister@gibsondunn.com | */s/ Benjamin R. Keck* <br> William A. Rountree Ga Bar No. 616503 <br> Benjamin R. Keck, Ga. Bar No. 943504 <br> Taner N. Thurman, Ga. Bar No. 835238 Caitlyn Powers, Ga. Bar No. 856354 <br> ROUNTREE LEITMAN & KLEIN, LLC <br> Century Plaza I <br> 2987 Clairmont Road, Suite 350 <br> Atlanta, Georgia 30329 <br> wrountree@rlklawfirm.com <br> bkeck@rlklawfirm.com <br> tthurman@rlklawfirm.com <br> cpowers@rlklawfirm.com <br><br> */s/ Micheal Houston* <br> Micheal Houston <br><br> */s/ Michael Cook* <br> Michael Cook |

3

123308623v1

**DISTRIBUTION LIST**

| | | | |
|---|---|---|---|
| EG Global, LLC<br>5665 Atlanta, Hwy<br>Suite 102B-204<br>Alpharetta, GA 30004-3959 | EG Ventures, LLC<br>5665 Atlanta, Hwy<br>Suite 102B-204<br>Alpharetta, GA 30004-3959 | Extrusion Group Services, LLC<br>5665 Atlanta, Hwy<br>Suite 102B-204<br>Alpharetta, GA 30004-3959 | Extrusion Group, LLC<br>5665 Atlanta, Hwy<br>Suite 102B-204<br>Alpharetta, GA 30004-3959 |
| Nathan T. DeLoatch<br>Troutman Pepper Hamilton Sanders LLP<br>600 Peachtree St. NE<br>Suite 3000<br>Atlanta, GA 30308-2305 | Benjamin Keck<br>Rountree, Leitman & Klein, LLC<br>Suite 350, Century Plaza 1<br>2987 Clairmont Rd<br>Atlanta, GA 30329-4406 | James J. Leonard<br>Barnes & Thornburg LLP<br>Suite 1700<br>3475 Piedmont Road, NE<br>Atlanta, GA 30305-3327 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| Daniel Raskin<br>Law Clinic of Daniel E. Raskin<br>Suite 114<br>325 Hammond Drive<br>Atlanta, GA 30328-5026 | William Rountree<br>Rountree, Leitman & Klein, LLC<br>Suite 350, Century Plaza 1<br>2987 Clairmont Rd<br>Atlanta, GA 30329-4406 | Taner Thurman<br>Rountree, Leitman & Klein, LLC<br>Suite 350, Century Plaza 1<br>2987 Clairmont Rd<br>Atlanta, GA 30329-4406 | David S. Weidenbaum<br>Office of the U.S. Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| Caitlyn Powers<br>Rountree, Leitman & Klein, LLC<br>Suite 350, Century Plaza 1<br>2987 Clairmont Rd<br>Atlanta, GA 30329-4406 | Alexandra Dishun<br>Rountree, Leitman & Klein, LLC<br>Suite 350, Century Plaza I<br>2987 Clairmont Rd<br>Atlanta, GA 30329-4406 | | |

4

123308623v1