# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| **In re:**  **EXTRUSION GROUP, LLC**, *et al.*,[1]  **Debtors.** | **Case No.: 21-21053-JRS**  **Chapter 11**  **(Jointly Administered)** |
| **EXTRUSION GROUP, LLC; EXTRUSION GROUP SERVICES, LLC; EG GLOBAL, LLC; EG VENTURES, LLC; MICHEAL HOUSTON;** and **MICHAEL COOK,**          Plaintiffs,  v.  **KIMBERLY-CLARK CORPORATION;** and **KIMBERLY-CLARK GLOBAL SALES, LLC,**  **Defendants.** | **ADVERSARY PROCEEDING NO. 21-02038** |

## CERTIFICATE OF SERVICE

This is to certify that on or about March 17, 2022, I caused to be served the **Second Joint Stipulation and Proposed Order to Extend Time to Respond to the Adversary Complaint** on the following parties via the Court's CM/ECF system, which generates an electronic copy thereof and delivers it to all parties registered to receive notices thereby, including the following:

Benjamin Keck   bkeck@rlklawfirm.com, mwinokur@rlklawfirm.com; swenger@rlklawfirm.com; csmith@rlklawfirm.com; bwenger@rlklawfirm.com

Caitlyn Powers    cpowers@rlklawfirm.com

Daniel E. Raskin    danieleraskin1@gmail.com;R52148@notify.bestcase.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Extrusion Group, LLC (9996), EG Global, LLC (0194), Extrusion Group Services, LLC (2698), and EG Ventures, LLC (N/A).

123311383v1

William A. Rountree     wrountree@rlklawfirm.com, swenger@rlklawfirm.com; yalamin@rlklawfirm.com;6717577420@filings.docketbird.com; R71213@notify.bestcase.com; csmith@rlklawfirm.com;ablanco@rlklawfirm.com;bwenger@rlklawfirm.com

Taner Nolan Thurman     tthurman@rlklawfirm.com, bkeck@rlklawfirm.com; wrountree@rlklawfirm.com; swenger@rlklawfirm.com; csmith@rlklawfirm.com; 2027086420@filings.docketbird.com

    And I hereby do certify that on March 17, 2022, I served the foregoing by United States Postal Service first-class mail, postage prepaid and email, as indicated, to the following non CM/ECF participants:

| | | |
|---|---|---|
| EG Ventures, LLC<br>5665 Atlanta Hwy<br>Suite 102B-204<br>Alpharetta, GA 3004-3959 | EG Global, LLC<br>5665 Atlanta Hwy<br>Suite 102B-204<br>Alpharetta, GA 3004-3959 | Extrusion Group Services, LLC<br>5665 Atlanta Hwy<br>Suite 102B-204<br>Alpharetta, GA 3004-3959 |
| Extrusion Group, LLC<br>5665 Atlanta Hwy<br>Suite 102B-204<br>Alpharetta, GA 3004-3959 | Michael Houston<br>18 E Bradley St., Lot 15,<br>Miramar Beach, FL 32550 | Michael Cook<br>830 Mitsy Ridge Dr.,<br>Marietta, GA 30068 |
| Extrusion Group, LLC<br>1425 Market Blvd.,<br>Ste 530-123,<br>Roswell, GA 30076 | Extrusion Group Services, LLC<br>1425 Market Blvd.,<br>Ste 530-142,<br>Roswell, GA 30076 | EG Global, LLC<br>1425 Market Blvd.,<br>Ste 530-123,<br>Roswell, GA 30076 |
| EG Ventures, LLC<br>1425 Market Blvd.,<br>Ste 530-123,<br>Roswell, GA 30076 | | |

 

                                                        */s/ Nathaniel T. DeLoatch*
                                                        Nathaniel T. DeLoatch
                                                        Ga. Bar No. 216330

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
600 Peachtree St NE
Suite 3000
Atlanta, GA 30308

123311383v1