

**IT IS ORDERED as set forth below:**

**Date: March 18, 2022**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| In re: | Case No.: 21-21053-JRS |
| EXTRUSION GROUP, LLC, *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |
| EXTRUSION GROUP, LLC; EXTRUSION GROUP SERVICES, LLC; EG GLOBAL, LLC; EG VENTURES, LLC; MICHEAL HOUSTON; and MICHAEL COOK, | |
| Plaintiffs, | |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Extrusion Group, LLC (9996), EG Global, LLC (0194), Extrusion Group Services, LLC (2698), and EG Ventures, LLC (N/A).

|  |  |
|---|---|
| v.<br><br>KIMBERLY-CLARK CORPORATION;<br>and KIMBERLY-CLARK GLOBAL<br>SALES, LLC,<br><br>　　　　Defendants. | Adversary Proceeding No. 21-02038-JRS |

**ORDER EXTENDING TIME TO RESPOND TO THE ADVERSARY COMPLAINT**

The Court, having reviewed the *Second Joint Stipulation and Proposed Order to Extend Time to Respond to the Adversary Complaint* (the "**Stipulation**")[2] and sufficient cause appearing therefore, HEREBY MAKES THE FOLLOWING ORDER:

1. The deadline for Defendants to answer, move, or otherwise respond to the Complaint is hereby extended through and including April 21, 2022.

2. This Order is without prejudice to further extensions of Defendants' deadline to answer, move, or otherwise respond to the Complaint either with the agreement of Plaintiffs or with leave of Court.

3. This Court shall retain exclusive jurisdiction with respect to the implementation or interpretation of the Stipulation or this Order.

It is SO ORDERED.

END OF DOCUMENT

---

[2] Capitalized terms not otherwise defined herein shall have the meanings afforded to them in the Stipulation.

| Order Consented To By: | Order Prepared By: |
|---|---|
| *Attorneys for Debtors* | *Attorneys for Defendants* |

*/s/ Benjamin R. Keck*                      */s/ Nathaniel T. DeLoatch*

William A. Rountree Ga Bar No. 616503    James A. Lamberth (Ga. Bar No. 431851)
Benjamin R. Keck, Ga. Bar No. 943504     Gary W. Marsh (Ga. Bar. No. 471290)
Taner N. Thurman, Ga. Bar No. 835238 Caitlyn   Nathaniel T. DeLoatch (Ga. Bar No. 216330)
Powers, Ga. Bar No. 856354                 TROUTMAN PEPPER HAMILTON SANDERS LLP
ROUNTREE LEITMAN & KLEIN, LLC    600 Peachtree Street, NE Suite 3000
Century Plaza I                                   Atlanta, GA 30308
2987 Clairmont Road, Suite 350          james.lamberth@troutman.com
Atlanta, Georgia 30329                   gary.marsh@troutman.com
wrountree@rlklawfirm.com              nathan.deloatch@troutman.com
bkeck@rlklawfirm.com
tthurman@rlklawfirm.com                and
cpowers@rlklawfirm.com

Jeffrey C. Krause (admitted pro hac)
Michael Neumeister (admitted pro hac)

*/s/ Micheal Houston*                       GIBSON, DUNN & CRUTCHER LLP
Micheal Houston                           333 South Grand Avenue
Los Angeles, CA 90071
jkrause@gibsondunn.com

*/s/ Michael Cook*                            mneumeister@gibsondunn.com
Michael Cook

# **DISTRIBUTION LIST**

| EG Global, LLC<br>5665 Atlanta, Hwy<br>Suite 102B-204<br>Alpharetta, GA 30004-3959 | EG Ventures, LLC<br>5665 Atlanta, Hwy<br>Suite 102B-204<br>Alpharetta, GA 30004-3959 | Extrusion Group Services, LLC<br>5665 Atlanta, Hwy<br>Suite 102B-204<br>Alpharetta, GA 30004-3959 | Extrusion Group, LLC<br>5665 Atlanta, Hwy<br>Suite 102B-204<br>Alpharetta, GA 30004-3959 |
|---|---|---|---|
| Nathan T. DeLoatch<br>Troutman Pepper Hamilton Sanders LLP<br>600 Peachtree St. NE<br>Suite 3000<br>Atlanta, GA 30308-2305 | Benjamin Keck<br>Rountree, Leitman & Klein, LLC<br>Suite 350, Century Plaza 1<br>2987 Clairmont Rd<br>Atlanta, GA 30329-4406 | James J. Leonard<br>Barnes & Thornburg LLP<br>Suite 1700<br>3475 Piedmont Road, NE<br>Atlanta, GA 30305-3327 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| Daniel Raskin<br>Law Clinic of Daniel E. Raskin<br>Suite 114<br>325 Hammond Drive<br>Atlanta, GA 30328-5026 | William Rountree<br>Rountree, Leitman & Klein, LLC<br>Suite 350, Century Plaza 1<br>2987 Clairmont Rd<br>Atlanta, GA 30329-4406 | Taner Thurman<br>Rountree, Leitman & Klein, LLC<br>Suite 350, Century Plaza 1<br>2987 Clairmont Rd<br>Atlanta, GA 30329-4406 | David S. Weidenbaum<br>Office of the U.S. Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| Caitlyn Powers<br>Rountree, Leitman & Klein, LLC<br>Suite 350, Century Plaza 1<br>2987 Clairmont Rd<br>Atlanta, GA 30329-4406 | Michael Houston<br>18 E Bradley St., Lot 15,<br>Miramar Beach, FL 32550 | Michael Cook<br>830 Mitsy Ridge Dr.,<br>Marietta, GA 30068 | |