**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| **In re:** | **Case No.: 21-21053-JRS** |
| **EXTRUSION GROUP, LLC**, *et al.*,[1] | **Chapter 11** |
| **Debtors.** | **(Jointly Administered)** |
| **EXTRUSION GROUP, LLC; EXTRUSION GROUP SERVICES, LLC; EG GLOBAL, LLC; EG VENTURES, LLC; MICHEAL HOUSTON; and MICHAEL COOK,** | **ADVERSARY PROCEEDING NO. 21-02038** |
| Plaintiffs, | |
| v. | |
| **KIMBERLY-CLARK CORPORATION; and KIMBERLY-CLARK GLOBAL SALES, LLC,** | |
| **Defendants.** | |

**CERTIFICATE OF SERVICE**

This is to certify that on or about April 20, 2022, I caused to be served (i) **Third Joint Stipulation and Proposed Order to Extend Time to Respond to the Adversary Complaint** by filing the same through the Court's CM/ECF system which then served all ECF participants registered in this case at the email address registered with the Court. I further certify that on or about April 20, 2022, I caused the same to be served on the below listed individuals via email.

Michael Houston
mhouston@extrusiongroup.com

Michael Cook
mcook@extrusiongroup.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Extrusion Group, LLC (9996), EG Global, LLC (0194), Extrusion Group Services, LLC (2698), and EG Ventures, LLC (N/A).

125741894v1

*/s/ Nathaniel T. DeLoatch*
Nathaniel T. DeLoatch
Ga. Bar No. 216330

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
600 Peachtree St NE
Suite 3000
Atlanta, GA 30308

125741894v1